REENA MACHHAL            *      CASE NO:1:21-cv-00888-plm-sjb

     Plaintiff,                  *

-vs-                                     *      JUDGE: PAUL L. MALONEY

                                          *

                                          *      *Emergency*

                                          *      **MOTION FOR EXTENSION OF**

                                          *      **TIME TO ANSWER**

                                          *

IKABAL MACHHAL
KARTAR CHAND, SHILE DEVI, AND
IKDIL, INC
D/B/A BROADWAY MARKET         *

     Defendant(s), Pro Se.           *

FILED - KZ
November 10, 2021 11:25 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg Scanned by mg 11/10/21

---

     Defendant(s), _ IKABAL MACHHAL KARTAR CHAND, SHILE DEVI, AND IKDIL, INC D/B/A BROADWAY MARKET , pro se, respectfully request(s) an order granting defendant(s), pro se, an additional 30 days in which to move, plead or otherwise respond to the Plaintiff's Complaint. I (we) am (are) looking for an attorney who can assist in this case. We also have a Death in our family my sister has passed away and her Ceremony is November 17th we have flight leaving from Chicago Illinois Sunday November 14th 2021 to attend funeral services and we have a returning flight for Friday December 3rd 2021

Opposing Counsel has been properly notified of this request.

                                                   Respectfully submitted,

                                                   /s/ Kartar Chand

                                                   _____, *pro se*

                                                   Address: 800 main street Three Rivers MI 49093
                                                   Telephone:267-439-2908
                                                   Defendant, *pro se*

Lisa K. Monroe
Notary Public St. Joseph County, MI
My Commission expires 02/12/2028
Acting in St. Joseph County
/s/ Lisa K. Monroe