UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REENA MACHHAL,

    Plaintiff,

v.

IKBAL MACHHAL, KARTAR
CHAND, SHILE DEVI, and
IKDIL, INC. d/b/a BROADWAY MARKET,

    Defendants.

Case No. 1:21-cv-00888-PLM-SJB

Hon. Paul L. Maloney

---

Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
Salvatore Prescott Porter & Porter, PLLC
*Counsel for Plaintiff*
105 E. Main Street
Northville, MI 48167
(248) 679-8711
chaney@spplaw.com
salvatore@spplaw.com

Patrice Lewis (P72669)
YWCA Kalamazoo
*Counsel for Plaintiff*
353 E. Michigan Avenue
Kalamazoo, Michigan 49007
(269) 345-5595
plewis@ywcakalamazoo.org

---

**PLAINTIFF'S RESPONSE CONCURRING WITH THE RELIEF SOUGHT IN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**

    Plaintiff Reena Machhal, by and through her attorneys, Salvatore Prescott Porter & Porter, PLLC, hereby concurs with Defendants' Emergency Motion for an Extension of Time to Answer, in which Defendants' request an additional 30 days to respond to Plaintiff's complaint.

                                          Respectfully submitted,

                                          SALVATORE PRESCOTT
                                          PORTER & PORTER, PLLC

                                          /s/ Nakisha N. Chaney
                                            Nakisha N. Chaney (P65066)
                                            Attorneys for Plaintiff
                                            105 East Main Street
                                            Northville, MI 48167
                                            (248) 679-8711
Dated: November 10, 2021              chaney@spplaw.com

## PROOF OF SERVICE

     I hereby certify that on November 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.  I have also sent a copy of the foregoing document to defendants via USPS at the address provided in Defendants' Motion: 800 Main St., Three Rivers, MI 49093.

                                          /s/ Kelly Murawski
                                          Kelly Murawski, Paralegal