UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REENA MACHHAL,

    Plaintiff,

v.

IKBAL MACHHAL, et al.,

    Defendants.

_____/

Case No. 1:21-cv-88

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER**

Pending before the Court is defendants' motion for extension of time to answer (ECF No. 6). Defendant Kartar Chand filed the instant motion requesting an extension of the present deadline to respond to the complaint.  Although Chand does not appear to be an attorney, he makes the request on behalf of all defendants asserting "I (we) am (are) looking for an attorney who can assist in this case."  Additionally, the individual defendants will be out of town for almost three weeks in November due to a death in the family.  Plaintiff concurs with the motion (ECF No. 7). Therefore,

    **IT IS HEREBY ORDERED** that the motion for extension of time to answer (ECF No. 6) is GRANTED.

    **IT IS FURTHER ORDERED** that the deadline for the defendants to respond to the complaint is extended to **December 17, 2021**.

Dated:  November 12, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge