# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| REENA MACHHAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-00888 |
| IKBAL MACHHAL, KARTAR CHAND, SHILE DEVI, and IKDIL, INC. d/b/a BROADWAY MARKET, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Ashwin Trehan, Esquire, of Spire Law, LLC, as counsel of record for the Defendants, IKBAL MACHHAL, KARTAR CHAND, SHILE DEVI, and IKDIL, INC. d/b/a BROADWAY MARKET.

Dated this 3rd day of December, 2021.

Respectfully submitted,

Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:  */s/ Ashwin Trehan, Esq.*
Ashwin Trehan, Esq.
Michigan Bar No. P85278
ashwin@spirelawfirm.com
sarah@spirelawfirm.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2021., the foregoing was electronically filed with the Court by using the Western District of Michigan's CM/ECF portal, which will send a notice of electronic filing to: Nakisha N. Chaney (P65066), Jennifer B. Salvatore (P66640), Salvatore Prescott Porter & Porter, PLLC; 105 E. Main Street Northville, MI 48167 chaney@spplaw.com salvatore@spplaw.com; Patrice Lewis (P72669) YWCA Kalamazoo 353 E. Michigan Avenue Kalamazoo, Michigan 49007, plewis@ywcakalamazoo.org

                                        */s/ Ashwin R. Trehan*
                                        Attorney