UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REENA MACHHAL,

        Plaintiff,

v.

        Case No. 1:21-cv-00888-PLM-SJB

        Hon. Paul L. Maloney

IKBAL MACHHAL, KARTAR
CHAND, SHILE DEVI, and
IKDIL, INC. d/b/a BROADWAY MARKET,

        Defendants.

---

| | |
|---|---|
| Nakisha N. Chaney (P65066) | Ashwin Trehan (P85278) |
| Jennifer B. Salvatore (P66640) | Spire Law, LLC |
| Salvatore Prescott Porter & Porter, PLLC | *Counsel for Defendants* |
| *Counsel for Plaintiff* | 2572 W. State Road 426, Suite 2088 |
| 105 E. Main Street | Oviedo, FL 32765 |
| Northville, MI 48167 | ashwin@spirelawfirm.com |
| (248) 679-8711 | sarah@spirelawfirm.com |
| chaney@spplaw.com | |
| salvatore@spplaw.com | |
| | |
| Patrice Lewis (P72669) | |
| YWCA Kalamazoo | |
| *Counsel for Plaintiff* | |
| 353 E. Michigan Avenue | |
| Kalamazoo, Michigan 49007 | |
| (269) 345-5595 | |
| plewis@ywcakalamazoo.org | |

---

**CERTIFICATE OF SERVICE**

.

I hereby certify that on January 11, 2022, I served upon all counsel of record a copy of *Plaintiff's First Set of Interrogatories and First Set of Requests for Production to Defendants* and this *Certificate of Service* by placing said documents in an envelope addressed to the business address of counsel on the pleadings of record herein, with first-class postage affixed thereon, and placing said envelope in a U.S. Mail receptacle.

Dated:  January 11, 2022  /s/ Tara Lank
Tara Lank, Paralegal