UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REENA MACHHAL,

    Plaintiff,

v.

    Case No. 1:21-cv-00888-PLM-SJB

    Hon. Paul L. Maloney
    Mag. Sally J. Berens

IKBAL MACHHAL, KARTAR
CHAND, SHILE DEVI, and
IKDIL, INC. d/b/a BROADWAY MARKET,

    Defendants.

---

Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
Salvatore Prescott Porter & Porter, PLLC
*Counsel for Plaintiff*
105 E. Main Street
Northville, MI 48167
(248) 679-8711
chaney@sppplaw.com
salvatore@sppplaw.com

Patrice Lewis (P72669)
YWCA Kalamazoo
*Counsel for Plaintiff*
353 E. Michigan Avenue
Kalamazoo, Michigan 49007
(269) 345-5595
plewis@ywcakalamazoo.org

Ashwin Trehan (P85278)
Spire Law, LLC
*Counsel for Defendants*
2572 W. State Road 426, Suite 2088
Oviedo, FL 32765
ashwin@spirelawfirm.com
sarah@spirelawfirm.com

---

### **STIPULATED ORDER TO RESOLVE PLAINTIFF'S MOTION TO COMPEL**

    The parties conferred regarding Plaintiff's Corrected Motion to Compel (ECF No. 33, PageID.138) on April 12, 2022. Having conferred and resolved Plaintiff's motion, the parties stipulate as follows:

1.       Regarding Interrogatory No. 2, Defendants withdraw their objections and will provide all responsive information by April 29, 2022.

2.       Regarding Requests to Produce Nos. 3 and 6, Defendants withdraw their objections and will provide all responsive documents by April 29, 2022.

3.       Regarding Request to Produce No. 4, Defendants withdraw their objections and will provide all responsive documents by April 29, 2022.

4.       Regarding Request to Produce No. 5, Defendants withdraw their objections and will provide all responsive documents by April 29, 2022. Each Defendant will also provide an affidavit or declaration attesting that all responsive documents were produced with the understanding that failing to provide all responsive documents may, in the Court's discretion, result in sanctions.

5.       Regarding Request to Produce No. 10, Defendants, through counsel, represent that they mailed the responsive information to Plaintiff's counsel on April 11, 2022.

Accordingly, upon review of the parties' stipulation:

IT IS SO ORDERED that Defendants' objections to the above discovery requests are withdrawn and Defendants shall produce the requested information by the dates agreed upon in the above stipulation.

FURTHER, the hearing set for April 20, 2022 is hereby cancelled.

**IT IS SO ORDERED.**

Dated:  April 18, 2022                                         /s/ Sally J. Berens
                                                                              Hon. Sally J. Berens
                                                                              United States District Court
                                                                              Magistrate Judge

Approved as to form,

/s/ Nakisha N. Chaney

Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
Salvatore Prescott Porter & Porter, PLLC
*Counsel for Plaintiff*
105 E. Main Street
Northville, MI 48167
(248) 679-8711
chaney@sppplaw.com
salvatore@sppplaw.com

Patrice Lewis (P72669)
YWCA Kalamazoo
*Counsel for Plaintiff*
353 E. Michigan Avenue
Kalamazoo, Michigan 49007
(269) 345-5595
plewis@ywcakalamazoo.org

/s/ Ashwin Trehan (w/ authorization)

Ashwin Trehan (P85278)
Spire Law, LLC
*Counsel for Defendants*
2572 W. State Road 426, Suite 2088
Oviedo, FL 32765
ashwin@spirelawfirm.com
sarah@spirelawfirm.com

Dated:  April 15, 2022