AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | | |
|---|---|---|
| REENA MACHHAL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-00888 |
| Ikbal Machhal, Kartar Chand, Shile Devi, Ikdil Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ikbal Machhal, Kartar Chand, Shile Devi, Ikdil Inc. d/b/a Broadway Market                          .

Date:    05/19/2022

/s/ Kurt J. Richardson Jr.
*Attorney's signature*

Kurt Jay Richardson Jr. P77422
*Printed name and bar number*

David G. Moore, PLC
5833 Oakland Dr. Ste. 2
Portage, MI 49024

*Address*

kurt@dgmoorelaw.com
*E-mail address*

(269) 459-8101
*Telephone number*

(269) 459-8104
*FAX number*