UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REENA MACHHAL, )
        Plaintiff, )
) No. 1:21-cv-888
v. )
) Honorable Paul L. Maloney
IKBAL MACHHAL, *et al.*, )
        Defendants. )
)

## DEFAULT JUDGMENT

In accordance with the opinion and order entered on this date pursuant to Fed. R. Civ. P. 55, Judgment in favor of Plaintiff and against Defendants on all counts **HEREBY ENTERS**.

Each Defendant is severally liable to Plaintiff for the following damages, attributable to their individual amount of liability:

| | |
|---|---|
| Ikbal Machhal: | $168,446.67 |
| Kartar Chand: | $349,088.16 |
| Shile Devi: | $168,446.67 |
| Ikdil, Inc.: | $180,641.51 |

Date: March 28, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge