FILED - GR
July 13, 2023 12:38 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 7-13

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | GARNISHEE DISCLOSURE | CASE | |
|---|---|---|---|
| | | | 1:21-cv-00888-PLM-SJB |

**Court address**

| Plaintiff's name, address, and telephone no. (judgment creditor) | v | Defendant's name, address, and telephone no. (judgment debtor) Ikbal Machhal |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. | | Garnishee name and address |

SEE INSTRUCTIONS

1. This disclosure is for a writ of garnishment issued on __7/7/10__ and received by garnishee on __7/7/10__

☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __7/10/23__.

☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

☐ c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:

**Nonperiodic Garnishments**

☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____

☒ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

__money__       __Checking__
Description of property, money, negotiable instruments, etc. under garnishee's control   Type of account, if applicable

The amount to be withheld is $ __1749.58__ and does not exceed the amount stated in item 2 of the writ.

☐ c. Withholding is exempt because _____
State the exemption and legal authority

**Periodic Garnishments**

☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.

Reason:  ☐ not employed.  ☐ other _____

---

Approved, SCAO
Form MC 14, Rev. 1/21
15 USC 1672, 15 USC 1673, MCR 3.101
Page 1 of 5

Distribute form to:
Court
Plaintiff
Garnishee
Defendant

Garnishee Disclosure  (1/21)  
Page 2 of 5

Case No. _____

2. (continued)

☐ e. The garnishee is obligated to pay the defendant during the period of the writ.

Payments are for   ☐ earnings.   ☐ nonearnings _____.  
Specify nature of payment (see instructions on next page)

Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other: _____  
frequency of payment

A higher priority writ/order  ☐ is   ☐ is not   currently in effect. If a higher priority writ/order is in effect, complete the following.

_____   _____   _____   _____  
Name of court that issued higher priority writ/order   Case number   Date issued   Date served

**Withholding under this writ**

☐ will begin immediately if sufficient funds are available.

☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____.  
specify

I declare under the penalties of perjury that this disclosure has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

7-10-23                                              /s/ Jerry Moore  
Date                                                 Garnishee/Agent/Attorney signature

**CERTIFICATE OF MAILING**

I certify that:

on  7-10-23  I mailed or personally delivered the original of this disclosure to the court.  
on  7-10-23  I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.  
on  7-10-23  I mailed or personally delivered a copy of this disclosure to the defendant.

I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

7-10-23                                              /s/ Jerry Moore  
Date                                                 Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of** *How to Fill Out Garnishee Disclosure Form.*



**CENTURY BANK AND TRUST**

100 WEST CHICAGO STREET
COLDWATER, MICHIGAN 49036

RETURN SERVICE REQUESTED



US POSTAGE IMI PITNEY BOWES

ZIP 49036
02 4W   $ 000.87⁰
0000354991 JUL 11 2023

WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN ST NW,
GRAND RAPIDS, MI 49503

49503$2300 C040